AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kelly, Jr., Paul J. | U.S. Court of Appeals-10th Cir | 04/16/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Senior) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Post Office Box 10113
Santa Fe, New Mexico
87504-6113

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Board of Directors | Hondo Fire & Rescue, 501 (3)(C) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 04/16/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | State of New Mexico, Public Employees Retirement Assn. Volunteer Firefighter Pension | $1,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | 2019 Irving R. Kaufman Memorial Securities Law Moot | 3/29-4/1/2019 | New York, New York | Judge final round of Comp | Transportation, lodging and meals. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 04/16/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   U.S. Bank, Santa Fe, NM (cash (equivalent) | A | Interest | L | T | | | | | |
| 2.   Misc. Oil & Gas Interests (Lea & Eddy Co., NM)(Wyo, Texas) | A | Royalty | J | W | | | | | |
| 3.   Rich Third Ltd. | B | Dividend | K | W | | | | | |
| 4.   First National Tower Ltd. | A | Dividend | L | W | | | | | |
| 5.   Northwestern Mutual Life (whole life) | D | Int./Div. | L | T | | | | | |
| 6.   Goldman Sachs Tr. Fnd. Treas. Int. | A | Dividend | J | T | Buy | 02/14/19 | J | | |
| 7. | | | | | Sold (part) | 04/02/19 | J | A | |
| 8.   JP Morgan Tr 1 Intrepid Value Fd. | A | Dividend | J | T | Sold (part) | 08/13/19 | J | A | |
| 9.   Invesco (Name change -Oppenheimer Dev. Mkts) | A | Dividend | J | T | Sold (part) | 02/14/19 | J | A | |
| 10.   Neuberger Berman Alt. Funds | A | Dividend | J | T | Sold (part) | 08/13/19 | J | A | |
| 11.   Blackrock Fd Tr. Core Bond Ins't. Cl. | A | Dividend | J | T | | | | | |
| 12.   American Euro Pacific Gr. Cl. F-2 | A | Dividend | J | T | Buy | 08/13/19 | J | | |
| 13.   US Bancorp | A | Dividend | J | T | | | | | |
| 14.   Harbor Fund Cap App. Inst. Cl. | A | Dividend | J | T | | | | | |
| 15.   Harbor Fund Small Cap | A | Dividend | J | T | Buy | 08/13/19 | J | | |
| 16.   MFS Ser. Tr X Emerging Mkts | A | Dividend | J | T | Buy | 08/13/19 | J | | |
| 17.   Prinicipal Fds Inc Mid Cap | A | Dividend | J | T | Buy | 08/13/19 | J | | |

1 Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2 Value Codes                 J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000           M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3 Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                   T =Cash Market
   (See Column C2)             U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Principal Fds Inc H.Y. Inst. Cl. | A | Dividend | J | T | | | | | |
| 19. | Principal Fds Global RE Sec | A | Dividend | | | Sold | 08/13/19 | J | A | |
| 20. | John Hancock Abs. Return Currency | A | Dividend | | | Sold | 12/06/19 | J | A | |
| 21. | Metropolitan West Fds Tot Return | A | Dividend | J | T | Buy | 08/13/19 | J | | |
| 22. | Invesco (Name change - Oppenheimer Int'l Bd Fd) | A | Dividend | | | Sold | 08/13/19 | J | A | |
| 23. | Eaton Vance | A | Dividend | J | T | | | | | |
| 24. | Deutsche Sec Tr Enhanced Com. Strategy | A | Dividend | | | Sold | 08/13/19 | J | A | |
| 25. | AIG Focused Div Strategy (fna Sunamerica Foc Div Strategy Portfolio) | A | Dividend | M | T | | | | | |
| 26. | Invesco (Name change - Oppenheimer Maint. Shrt Y) | A | Dividend | J | T | Buy | 08/13/19 | J | | |
| 27. | AQR Managed Fut.Strat | A | Dividend | J | T | | | | | |
| 28. | Blackrock Fds Global Long/Short Gr.Fd | A | Dividend | J | T | Buy | 02/13/19 | J | | |
| 29. | MFS Ser. Tr. 1 Val. Fd. Cl. 1 | A | Dividend | J | T | Buy | 08/13/19 | J | | |
| 30. | Meridian Fd Sml Cap Gr. | A | Dividend | J | T | | | | | |
| 31. | Met. West Fd Total Ret | A | Dividend | J | T | Buy | 02/14/19 | J | | |
| 32. | | | | | | Buy | 12/06/19 | J | | |
| 33. | Prin Fds Global RE Sec | A | Dividend | J | T | Sold (part) | 08/13/19 | J | A | |
| 34. | Nuveen Inv. Fd RE Sec. Fd Cl 1 | A | Dividend | J | T | Sold (part) | 08/13/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Bank of India NY 2.5% C/D due 5/29/19 | A | Interest | | | Redeemed | 05/29/19 | K | A | |
| 36. Wells Fargo Bank NA Sioux Falls 2.75% C/D due 12/30/19 | A | Interest | | | Redeemed | 12/30/19 | K | A | |
| 37. Fidelity 500 Index Fd. | A | Dividend | J | T | Buy | 02/14/19 | J | | |
| 38. Gabelli ABC Fund | A | Dividend | | | Buy | 02/13/19 | J | | |
| 39. | | | | | Sold | 08/13/19 | J | A | |
| 40. Black Rock Global Long - Short | A | Dividend | J | T | Buy | 02/13/19 | J | | |
| 41. | | | | | Sold<br>(part) | 08/13/19 | J | A | |
| 42. Bavid Fds Agg Bd. Fd. | A | Dividend | J | T | Buy | 08/13/19 | J | | |
| 43. Wells Fargo Money Market | B | Interest | L | T | | | | | |
| 44. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Jr., Paul J.** | 04/16/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J. | 04/16/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul J. Kelly, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544